# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Capital Equipment Solutions, LLC<br>a Michigan limited liability company<br><br>*Plaintiff(s)*<br>v.<br><br>Farm Properties, L.L.C. et al.<br><br>*Defendant(s)* | Civil Action No. 2:19-cv-00035-AWA-RJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Holden's Creek Farm, LLC
Serve Registered Agent:
HOWARD C. WESSELLS II
23318 COURTHOUSE AVE.
P.O. BOX 30
ACCOMAC VA 23301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James C. Cosby, Esq.
Andrew P. Selman, Esq.
901 E. Byrd Street, Suite 1600
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/15/2019

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:19-CV-00035-AWA-RJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HOLDEN'S CREEK FARM LLC,C/O: Registered Agent Howard C Wessells II was received by me on *(date)* Feb, 19 2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Howard C Wessells II , who is designated by law to accept service of process on behalf of *(name of organization)* HOLDEN'S CREEK FARM LLC on *(date)* Fri, Feb 22 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/23/2019

_____
*Server's signature*

Jackie Applegate, Process Server
_____
*Printed name and title*

1800 Diagonal Rd. Ste. 600, Alexandria, VA 22314
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 22, 2019, 3:36 pm EST at 23318 COURTHOUSE AVE PO BOX 30, ACCOMAC, VA 23301 received by Howard C Wessells II . Age: 56; Ethnicity: Caucasian; Gender: Male; Weight: 165; Height: 6'; Hair: White; Eyes: Blue; Relationship: Registered Agent ;

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Capital Equipment Solutions, LLC<br>a Michigan limited liability company<br><br>*Plaintiff(s)*<br>v.<br><br>Farm Properties, L.L.C. et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 2:19-cv-00035-AWA-RJK<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EASTERN SHORE GRAIN, INCORPORATED
Serve Registered Agent:
HOWARD C. WESSELLS II
23318 COURTHOUSE AVE.
P.O. BOX 30
ACCOMAC VA 23301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James C. Cosby, Esq.
Andrew P. Selman, Esq.
901 E. Byrd Street, Suite 1600
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*C88*

Date: 02/15/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-CV-00035-AWA-RJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* EASTERN SHORE GRAIN, INCORPORATED, C/O: Registered Agent Howard C Wessells II was received by me on *(date)* Feb, 19 2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Howard C Wessells II , who is designated by law to accept service of process on behalf of *(name of organization)* EASTERN SHORE GRAIN, INCORPORATED on *(date)* Fri, Feb 22 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/23/2019

_Jackie Applegate_
*Server's signature*

Jackie Applegate, Process Server
*Printed name and title*

1800 Diagonal Rd. Ste. 600, Alexandria, VA 22314
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 22, 2019, 3:36 pm EST at 23318 COURTHOUSE AVE PO BOX 30, ACCOMAC, VA 23301 received by Howard C Wessells II . Age: 56; Ethnicity: Caucasian; Gender: Male; Weight: 165; Height: 6'; Hair: White; Eyes: Blue; Relationship: Registered Agent ;

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Capital Equipment Solutions, LLC<br>a Michigan limited liability company<br><br>*Plaintiff(s)*<br><br>v.<br><br>Farm Properties, L.L.C. et al.<br><br>*Defendant(s)* | Civil Action No. 2:19-cv-00035-AWA-RJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Benny F. Hall & Sons, LLC
Serve Registered Agent:
HOWARD C. WESSELLS II
23318 COURTHOUSE AVE.
P.O. BOX 30
ACCOMAC VA 23301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James C. Cosby, Esq.
Andrew P. Selman, Esq.
901 E. Byrd Street, Suite 1600
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/15/2019

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:19-CV-00035-AWA-RJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BENNY F HALL & SONS LLC,C/O: Registered Agent Howard C Wessells II was received by me on *(date)* Feb, 19 2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Howard C Wessells II , who is designated by law to accept service of process on behalf of *(name of organization)* BENNY F HALL & SONS LLC, on *(date)* Fri, Feb 22 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/23/2019

*Server's signature*

Jackie Applegate, Process Server
*Printed name and title*

1800 Diagonal Rd. Ste. 600, Alexandria, VA 22314
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 22, 2019, 3:36 pm EST at 23318 COURTHOUSE AVE PO BOX 30, ACCOMAC, VA 23301 received by Howard C Wessells II . Age: 56; Ethnicity: Caucasian; Gender: Male; Weight: 165; Height: 6'; Hair: White; Eyes: Blue; Relationship: Registered Agent ;