AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Capital Equipment Solutions, LLC<br>a Michigan limited liability company<br><br>*Plaintiff(s)*<br>v.<br>Farm Properties, L.L.C. et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:19-cv-00035-AWA-RJK<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   BENNY F. HALL, SR.,
8013 Long Lane
Temperanceville, VA 23442

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
James C. Cosby, Esq.
Andrew P. Selman, Esq.
901 E. Byrd Street, Suite 1600
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/5/2019                                      /s/ C88
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-CV-00035-AWA-RJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BENNY F HALL SR, was received by me on *(date)* Feb 7, 2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: Posted documents to the front door ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 3/28/2019

*Server's signature*
Jackie Applegate, Process Server
*Printed name and title*

1800 Diagonal Rd. Ste. 600, Alexandria, VA 22314
*Server's address*

Additional information regarding attempted service, etc.:
) Successful Attempt: Feb 12, 2019, 5:08 pm EST at 8013 LONG LANE TEMPERANCEVILLE VA 23442 received by posting to the property of: BENNY F HALL SR.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Capital Equipment Solutions, LLC<br>a Michigan limited liability company<br><br>_Plaintiff(s)_<br>v.<br>Farm Properties, L.L.C. et al.<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:19-cv-00035-AWA-RJK<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_   KAREN W. HALL
8013 Long Lane
Temperanceville, VA 23442

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James C. Cosby, Esq.
Andrew P. Selman, Esq.
901 E. Byrd Street, Suite 1600
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/5/2019                                                                    _/s/ C88_
                                                                     _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-CV-00035-AWA-RJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KAREN W. Hall was received by me on *(date)* Feb 7, 2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: Posted documents to the front door ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3/28/2019

*Server's signature*

Jackie Applegate, Process Server
*Printed name and title*

1800 Diagonal Rd. Ste. 600, Alexandria, VA 22314
*Server's address*

Additional information regarding attempted service, etc.:
) Successful Attempt: Feb 12, 2019, 5:08 pm EST at 8013 LONG LANE TEMPERANCEVILLE VA 23442 received by posting to the property of: KAREN W. HALL