UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CAPITAL EQUIPMENT SOLUTIONS, LLC,

        Plaintiff,

vs.                                                Civil Action No. 2:19-cv-00035-AWA-RJK

FARM PROPERTIES, L.L.C., et al.

        Defendants.

## ANDREW P. SELMAN'S MOTION TO WITHDRAW

NOW COMES Andrew P. Selman, Esq., pursuant to Local Rule 83.1(G) and hereby respectfully moves this Court to be allowed to withdraw as counsel for Plaintiff Capital Equipment Solutions, LLC, for the reasons outlined in the accompanying memorandum.

                                      */s/ Andrew P. Selman*
                                      Andrew P. Selman (VSB No. 91060)
                                      VANDEVENTER BLACK LLP
                                      901 East Byrd Street, Suite 1600
                                      Richmond, Virginia 23219
                                      Telephone:   (804) 237-8800
                                      Facsimile:    (804) 237-8801
                                      Email:         aselman@vanblacklaw.com

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on August 26, 2019, the foregoing motion was filed with the Clerk of the Court using the CM/ECF system. A true and accurate copy of the foregoing was also sent via U.S. Mail to:

FARM PROPERTIES, L.L.C.,
Registered Agent: John D. McIntyre
101 W. Main St., Suite 920
Norfolk, Virginia 23510

EASTERN SHORE GRAIN, INCORPORATED,
Registered Agent: Howard C. Wessells II
23318 Courthouse Ave.
P.O. Box 30
Accomac, Virginia 23301

HOLDEN'S CREEK FARM, LLC
Registered Agent: Howard C. Wessells II
23318 Courthouse Ave.
P.O. Box 30
Accomac, Virginia 23301

BENNY F. HALL & SONS LLC
Registered Agent: Howard C. Wessells II
23318 Courthouse Ave.
P.O. Box 30
Accomac, Virginia 23301

BENNY HALL & SONS PRODUCE, LLC
Registered Agent: United States Corporation Agents, Inc.
4445 Corporation Lane, Suite 259
Virginia Beach, Virginia 23462

BENNY F. HALL, SR.
8013 Long Lane
Temperanceville, Virginia 23442

KAREN W. HALL
8013 Long Lane
Temperanceville, Virginia 23442

                                                      */s/ Andrew P. Selman*_____