UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CAPITAL EQUIPMENT SOLUTIONS, LLC,

        Plaintiff,

vs.                                 Civil Action No. 2:19-cv-00035-AWA-RJK

FARM PROPERTIES, L.L.C., et al.

        Defendants.

## PROPOSED ORDER GRANTING ANDREW P. SELMAN'S MOTION TO WITHDRAW

THIS CAUSE having come before the Court on Andrew P. Selman's motion to withdraw, and the Court having reviewed said motion, it is thereupon,

ORDERED as follows:

1.     Andrew P. Selman is granted leave to withdraw as counsel to Capital Equipment Solutions, LLC.

2.     The effective date of the withdrawal of Mr. Selman as to counsel to Capital Equipment Solutions, LLC shall be the date of entry of this Order; and

3.     James C. Cosby and J. Brandon Sieg will continue to represent Capital Equipment Solutions, LLC at the law firm of O'Hagan Meyer, PLLC.

This the _____ day of _____, 2019.

                                   _____
                                   United States District Judge