UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CAPITAL EQUIPMENT SOLUTIONS, LLC,

        Plaintiff,

vs.                                          Civil Action No. 2:19-cv-00035-AWA-RJK

FARM PROPERTIES, L.L.C., et al.

        Defendants.

## ANDREW P. SELMAN'S MEMORANDUM
## IN SUPPORT OF MOTION TO WITHDRAW

NOW COMES Andrew P. Selman, Esq., pursuant to Local Rule 83.1(G) and in support of his Motion to Withdraw states as follows:

I request the Court's permission to withdraw as counsel for Plaintiff Capital Equipment Solutions, LLC. As indicated by their letter dated August 23, 2019 (ECF No. 17), James C. Cosby and J. Brandon Sieg have changed firms from Vandeventer Black LLP, where I remain, to O'Hagan Meyer, PLLC. Mr. Cosby and Mr. Sieg will continue to represent Capital Equipment Solutions, LLC at their new firm and have endorsed my motion to withdraw, as indicated in their August 23rd letter. Capital Equipment Solutions, LLC has been provided reasonable notice of my withdrawal.

                                                */s/ Andrew P. Selman*_____
                                                Andrew P. Selman (VSB No. 91060)
                                                VANDEVENTER BLACK LLP
                                                901 East Byrd Street, Suite 1600
                                                Richmond, Virginia 23219
                                                Telephone:    (804) 237-8800
                                                Facsimile:     (804) 237-8801
                                                Email:           aselman@vanblacklaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 26, 2019, the foregoing memorandum was filed with the Clerk of the Court using the CM/ECF system. A true and accurate copy of the foregoing was also sent via U.S. Mail to:

FARM PROPERTIES, L.L.C.,
Registered Agent: John D. McIntyre
101 W. Main St., Suite 920
Norfolk, Virginia 23510

EASTERN SHORE GRAIN, INCORPORATED,
Registered Agent: Howard C. Wessells II
23318 Courthouse Ave.
P.O. Box 30
Accomac, Virginia 23301

HOLDEN'S CREEK FARM, LLC
Registered Agent: Howard C. Wessells II
23318 Courthouse Ave.
P.O. Box 30
Accomac, Virginia 23301

BENNY F. HALL & SONS LLC
Registered Agent: Howard C. Wessells II
23318 Courthouse Ave.
P.O. Box 30
Accomac, Virginia 23301

BENNY HALL & SONS PRODUCE, LLC
Registered Agent: United States Corporation Agents, Inc.
4445 Corporation Lane, Suite 259
Virginia Beach, Virginia 23462

BENNY F. HALL, SR.
8013 Long Lane
Temperanceville, Virginia 23442

KAREN W. HALL
8013 Long Lane
Temperanceville, Virginia 23442

*/s/ Andrew P. Selman*