UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

```
FILED
DEC 20 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA
```

CAPITAL EQUIPMENT SOLUTIONS, LLC,

Plaintiff,

v.

FARM PROPERTIES, L.L.C., *et al.*,

Defendants.

Civil No. 2:19cv35

## ORDER

Pending before the Court is a "Motion to Waive Portion of Award" filed by Plaintiff Capital Equipment Solutions, LLC ("Capital"). For the following reasons, the Motion (ECF No. 24) is **GRANTED**.

Capital filed this action to recover collateral in detinue and compensatory damages for breach of contract after Defendant Farm Properties, L.L.C. ("Farm Properties") defaulted on a $1.3 million loan. Plaintiff sought $764,089.89 for the loan principal, $28,500 for late fees, $59,227.43 for interest accrued, $97,557.88 for "loan fees," $28,096.15 for attorneys' fees, and $886.20 for "costs incurred herein," all minus $15,000 for a sold vehicle. ECF No. 21-3.

The Court concluded that Defendants owed Capital legally enforceable obligations, and that Defendants materially breached those obligations, and, as a result, Capital suffered injury. ECF No. 23.

Default Judgment was entered against Farm Properties, and Capital was awarded $764,089.89 for the loan principal. *Id.* Capital was also directed to "provide the Court with an itemized accounting of all additional amounts sought and citations to the contract language from

1

which they arise." *Id.* at 5. In the instant Motion, Capital "waive[s] the award of amounts beyond the $764,089.89 in outstanding loan principal that has already been awarded." ECF No. 24 at 1.

The Motion (ECF No. 24) is **GRANTED**. The "additional amounts" award sought by Capital is waived, and the total amount owed to Capital by Farm Properties is $764,089.89.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

Dec. 19th, 2019
Norfolk, Virginia